UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **GROVER LEWIS** | **CIVIL ACTION NO. 5:22-5547** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **FOREMOST INSURANCE CO** | |
| **GRAND RAPIDS MICHIGAN** | **MAGISTRATE JUDGE LEBLANC** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. #20], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. #20] is **ADOPTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

This civil action may be reinstated within 30 days for good cause shown, per W.D. La. Loc. Civ. R. 41.3.  Any such showing to be made in writing and filed into the record of this matter.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 20th day of February, 2024.

*/S. Maurice Hicks/*
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**